## Ed Crockett et al., Appellants, v. J. A. Olive, County Court Clerk, et al., Appellees.

(Decided Jan. 27, 1933.)

WEBB & WEBB for appellants.

BAILEY P. WOOTTON, Attorney General, and SETH T. BOAZ, County Attorney, for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE DIETZMAN —Reversing.

This is a companion case to that of Robertson et al., v. Hopkins Co. et al., 247 Ky. 129, 56 S. W. (2d) — , this day decided, and for the reasons set out in the opinion in that case the judgment in this case is reversed with instructions to enter a judgment holding chapter 68 of the Acts of 1932 unconstitutional.